# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ADRIANA AVILÉS, et al.

Plaintiffs,

v.

SOL MELIA V.C. PUERTO RICO CORP., et al.

Defendants.

CASE NO. 20-1146 (GAG)

## JUDGMENT

As per Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Docket No. 123), pursuant to FED. R. CIV. P 41(a)(1)(A)(i), and the Court's Order (Docket No. 127), judgment is hereby entered **DISMISSING**, without prejudice, all claims against Defendants.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of January, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

1